THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT 
 BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
 Michelle Heatley,       
 Appellant.
 
 
 

Appeal From Richland County
G. Thomas Cooper, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-382
Submitted April 21, 2004  Filed June 
 18, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott; 
 and Solicitor Warren B. Giese, all of Columbia, for Respondent.
 
 
 

 PER CURIAM:  Michelle Heatley 
 pled guilty to one count of exploitation of a vulnerable adult, two counts of 
 breach of trust, and two counts of bank fraud.  The circuit court sentenced 
 her to ten years imprisonment for exploitation, ten years imprisonment for each 
 count of breach of trust, and five years imprisonment on each count of bank 
 fraud, the sentences to run concurrently.  Additionally, the circuit court ordered 
 Heatley to pay restitution to the victims.  Pursuant to Anders v. California, 
 386 U.S. 738 (1967), Heatleys counsel attached a petition to be relieved.  
 Heatley did not file a pro se response.
After review of the record pursuant to Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss Heatleys appeal and grant counsels 
 petition to be relieved.
 APPEAL DISMISSED. 
 [1] 
GOOLSBY, HOWARD, and BEATTY, JJ., concurring.

 
 
 [1] Because oral argument would not aid the Court in resolving any issue 
 on appeal, we decide this case without oral argument pursuant to Rule 215 
 and 220(b)(2), SCACR.